1  KRISTIN L. WALKER-PROBST (State Bar No. 206389)
   klw@severson.com
2  DAVID M. LIU (State Bar No. 216311)
   dml@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  The Atrium
   19100 Von Karman Avenue, Suite 700
5  Irvine, California 92612
   Telephone: (949) 442-7110
6  Facsimile: (949) 442-7118
7

   E-FLED 05/14/13

8  Attorneys for Defendant
   OLD REPUBLIC DEFAULT MANAGEMENT
9  SERVICES, a division of Old Republic National Title
   Insurance Company (ORDMS, a division of ORNTIC)
10 (erroneously sued as "Old Republic Default Services")

11

12                 UNITED STATES DISTRICT COURT

13                CENTRAL DISTRICT OF CALIFORNIA

14 ANTHONY TERESI,                     Case No. CV12-08702 PSG (SHx)
                                       The Hon. Phillip S. Gutierrez - Roybal
15              Plaintiff,             Ctrm. 880

16      vs.

17
   TOM BOHL, RESMAE MORTGAGE         [~~PROPOSED~~] JUDGMENT OF
18 CORPORATION, JP MORGAN            DISMISSAL AS TO OLD
   CHASE, GATEWAY TITLE, MERS,       REPUBLIC DEFAULT
19 OLD REPUBLIC DEFAULT              MANAGEMENT SERVICES
   SERVICES, AND DOES 1-100,
20
                                     Action Filed:   September 10, 2012
21              Defendants.

22

23

24

25

26

27

28

   12219.0036/2688548.1

1    On May 6, 2013, the Court granted defendant Old Republic Default

2    Management Services' motion to dismiss, made pursuant to Federal Rule of Civil

3    Procedure 12(b)(6), to plaintiff's first amended complaint, and did not grant leave to

4    amend.

5        THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that

6    judgment in the above-captioned matter is entered in favor of Old Republic Default

7    Management Services and against plaintiff Anthony Teresi.  Defendant Old

8    Republic Default Management Services is dismissed from this action with prejudice.

9

10       IT IS SO ORDERED.

11

12   DATED:  May 14, 2013

13

14                                    **PHILIP S. GUTIERREZ**

15                                    The Honorable Phillip S. Gutierrez
                                       Judge, United States District Court

16

17   Respectfully submitted by,

18   KRISTIN L. WALKER-PROBST (State Bar No. 206389)
     klw@severson.com
19   DAVID M. LIU (State Bar No. 216311)
     dml@severson.com
20   SEVERSON & WERSON
     A Professional Corporation
21   The Atrium
     19100 Von Karman Avenue, Suite 700
22   Irvine, California 92612
     Telephone: (949) 442-7110
23   Facsimile: (949) 442-7118

24
     Attorneys for Defendant
25   OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, a division of Old
26   Republic National Title Insurance Company (erroneously sued as "Old Republic
     Default Services")
27

28

12219.0036/2688548.1                      -1-

1

**PROOF OF SERVICE**
**Teresi v. Resmae Mortgage Corporation, et al.**
**CV12-08702 PSG (SHx)**

2

3
    At the time of service, I was over 18 years of age and not a party to this
action.  I am employed in the County of Orange, State of California.  My business

4
address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

5
    On May 10, 2013, I served true copies of the following document(s):
**NOTICE OF LODGING [PROPOSED] JUDGMENT OF DISMISSAL AS TO**

6
**OLD REPUBLIC DEFAULT MANAGEMENT SERVICES** on the interested
parties in this action as follows:

7

**SEE ATTACHED SERVICE LIST**

8
☒    **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package

9
    addressed to the persons at the addresses listed in the Service List and placed
    the envelope for collection and mailing, following our ordinary business

10
    practices.  I am readily familiar with Severson & Werson's practice for
    collecting and processing correspondence for mailing.  On the same day that

11
    the correspondence is placed for collection and mailing, it is deposited in the
    ordinary course of business with the United States Postal Service, in a sealed

12
    envelope with postage fully prepaid.

13
☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed
    the document(s) with the Clerk of the Court by using the CM/ECF system.

14
    Participants in the case who are registered CM/ECF users will be served by
    the CM/ECF system.  Participants in the case who are not registered CM/ECF

15
    users will be served by mail or by other means permitted by the court rules.

16
☐    **BY FEDEX:**  I enclosed said document(s) in an envelope or package
    provided by FedEx and addressed to the persons at the addresses listed in the

17
    Service List.  I placed the envelope or package for collection and overnight
    delivery at an office or a regularly utilized drop box of FedEx or delivered

18
    such document(s) to a courier or driver authorized by FedEx to receive
    documents.

19

20
    I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.  I declare that I am employed in the

21
office of a member of the bar of this Court at whose direction the service was made.

22
    Executed on May 10, 2013, at Irvine, California.

23

24
                                                    RYAN J. BROOKS

25

26

27

28

12219.0036/2691515.1

**SERVICE LIST**
**Teresi v. Resmae Mortgage Corporation, et al.**
**CV12-08702 PSG (SHx)**

**VIA US MAIL**
Anthony Teresi
1534 N. Moorpark Rd., Suite 413
Thousand Oaks, CA 91360

Plaintiff, In Pro Per

Telephone: (818) 430-8606

**VIA CM/ECF**
S. Christopher Yoo
Miranda A. Mossavar
ALVARADOSMITH
1 MacArthur Place, Suite 200
Santa Ana, CA 92707

Attorneys for Defendants JPMORGAN
CHASE BANK, N.A. (erroneously sued
as JP MORGAN CHASE) and
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS

Telephone: 714.852.6800
Facsimile: 714.852.6899
Email:      cyoo@alvaradosmith.com
            mmossavar@alvaradosmith.com

**VIA US MAIL**
Thomas M. Bohl
779 Los Pueblos
Camarillo, CA 93012

Defendant in Pro Se

Telephone: 805.320.6694

12219.0036/2691515.1

PROOF OF SERVICE