KRISTIN L. WALKER-PROBST (State Bar No. 206389)
klw@severson.com
DAVID M. LIU (State Bar No. 216311)
dml@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
OLD REPUBLIC DEFAULT MANAGEMENT
SERVICES, a division of Old Republic National Title
Insurance Company (ORDMS, a division of ORNTIC)
(erroneously sued as "Old Republic Default Services")

E-FLED 05/14/13

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY TERESI, | Case No. CV12-08702 PSG (SHx) |
|---|---|
| Plaintiff, | The Hon. Phillip S. Gutierrez - Roybal Ctrm. 880 |
| vs. | |
| TOM BOHL, RESMAE MORTGAGE CORPORATION, JP MORGAN CHASE, GATEWAY TITLE, MERS, OLD REPUBLIC DEFAULT SERVICES, AND DOES 1-100, | [~~PROPOSED~~] JUDGMENT OF DISMISSAL AS TO OLD REPUBLIC DEFAULT MANAGEMENT SERVICES |
| Defendants. | Action Filed: September 10, 2012 |

12219.0036/2688548.1

[PROPOSED] JUDGMENT

On May 6, 2013, the Court granted defendant Old Republic Default Management Services' motion to dismiss, made pursuant to Federal Rule of Civil Procedure 12(b)(6), to plaintiff's first amended complaint, and did not grant leave to amend.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that judgment in the above-captioned matter is entered in favor of Old Republic Default Management Services and against plaintiff Anthony Teresi. Defendant Old Republic Default Management Services is dismissed from this action with prejudice.

IT IS SO ORDERED.

DATED: May 14, 2013

**PHILIP S. GUTIERREZ**
The Honorable Phillip S. Gutierrez
Judge, United States District Court

Respectfully submitted by,

KRISTIN L. WALKER-PROBST (State Bar No. 206389)
klw@severson.com
DAVID M. LIU (State Bar No. 216311)
dml@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, a division of Old Republic National Title Insurance Company (erroneously sued as "Old Republic Default Services")

**PROOF OF SERVICE**
Teresi v. Resmae Mortgage Corporation, et al.
CV12-08702 PSG (SHx)

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On May 10, 2013, I served true copies of the following document(s): **NOTICE OF LODGING [PROPOSED] JUDGMENT OF DISMISSAL AS TO OLD REPUBLIC DEFAULT MANAGEMENT SERVICES** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 10, 2013, at Irvine, California.

_____
RYAN J. BROOKS

12219.0036/2691515.1

PROOF OF SERVICE

# SERVICE LIST
**Teresi v. Resmae Mortgage Corporation, et al.**
**CV12-08702 PSG (SHx)**

| | |
|---|---|
| **VIA US MAIL**<br>Anthony Teresi<br>1534 N. Moorpark Rd., Suite 413<br>Thousand Oaks, CA  91360 | Plaintiff, In Pro Per<br><br>Telephone:  (818) 430-8606 |
| **VIA CM/ECF**<br>S. Christopher Yoo<br>Miranda A. Mossavar<br>ALVARADOSMITH<br>1 MacArthur Place, Suite 200<br>Santa Ana, CA 92707 | Attorneys for Defendants JPMORGAN CHASE BANK, N.A. (erroneously sued as JP MORGAN CHASE) and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS<br><br>Telephone:  714.852.6800<br>Facsimile:   714.852.6899<br>Email:         cyoo@alvaradosmith.com<br>                    mmossavar@alvaradosmith.com |
| **VIA US MAIL**<br>Thomas M. Bohl<br>779 Los Pueblos<br>Camarillo, CA 93012 | Defendant in Pro Se<br><br>Telephone:  805.320.6694 |

12219.0036/2691515.1

PROOF OF SERVICE