1 | S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
2 | ALVARADOSMITH
A Professional Corporation
3 | 1 MacArthur Place, Suite 200
Santa Ana, California 92707
4 | Tel: (714) 852-6800
Fax: (714) 852-6899

E-FILED 05/16/13

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A. erroneously sued as
JP MORGAN CHASE, and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY TERESI, | CASE NO.: 2:12-cv-08702-PSG-SH |
|---|---|
| Plaintiff, | JUDGE: Philip S. Gutierrez |
| v. | [~~PROPOSED~~] JUDGMENT OF DISMISSAL AS TO DEFENDANTS JPMORGAN CHASE BANK, N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |
| TOM BOHL, RESMAE MORTGAGE CORPORATION, JP MORGAN CHASE, GATEWAY TITLE, MERS, OLD REPUBLIC DEFAULT SERVICES, AND DOES 1-100 | |
| Defendants. | DATE: May 13, 2013<br>TIME: 1:30 p.m.<br>DEPT: 880 |
| | ACTION FILED: September 12, 2012 |

The Motion of defendants JPMorgan Chase Bank, N.A., erroneously sued as JPMorgan Chase ("Chase"), and Mortgage Electronic Registration Systems, Inc. ("MERS" and collectively "Defendants") to Dismiss the First Amended Complaint brought by plaintiff Anthony Teresi ("Plaintiff") was granted in its entirety on May 6, 2013, and the Court did not grant leave to amend.

///
///

Therefore, it is **ORDERED, ADJUGED, AND DECREED**:

1. Judgment is entered in favor of JPMorgan Chase Bank, N.A., erroneously sued as JPMorgan Chase, and Mortgage Electronic Registration Systems, Inc. JPMorgan Chase Bank, N.A., erroneously sued as JPMorgan Chase, and JPMorgan Chase Bank, N.A., erroneously sued as JPMorgan Chase, and Mortgage Electronic Registration Systems, Inc. are dismissed from this instant action with prejudice.

2. JPMorgan Chase Bank, N.A., erroneously sued as JPMorgan Chase, and Mortgage Electronic Registration Systems, Inc. may file bill of costs.

**IT IS SO ORDERED.**

DATED: 5/16/13

By: **PHILIP S. GUTIERREZ**
Honorable Philip S. Gutierrez
United States District Court Judge

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

*Anthony Teresi v. Resmae Mortgage Corporation, et al.*
Ventura County Superior Court Case No.: 56-2012-00423855
USDC Case No.: **2:12-cv-08702-PSG-SH**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **AlvaradoSmith, 1 MacArthur Place, Santa Ana, CA 92707.**

On May 14, 2013, I served the foregoing document described as **NOTICE OF LODGING OF (PROPOSED) JUDGMENT OF DISMISSAL AS TO THE DEFENDANTS JPMORGAN CHASE BANK, N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** on the interested parties in this action.

☒   by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒   **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☒   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** The foregoing document will be served by the court via NEF. On May 14, 2013 I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail List to receive NEF transmission at the email address(es) indicated in the attached service list.

☐   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒   (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on May 14, 2013, at Santa Ana, California.

*/s/ Joyce M. Young*
JOYCE M. YOUNG

# SERVICE LIST
Anthony Teresi v. Resmae Mortgage Corporation, et al.
USDC Case No.: 2:12-cv-08702-PSG-SH

**VIA U.S. MAIL**
Anthony Teresi
1534 N. Moorpark Rd. # 413
Thousand Oaks, Ca. 91360

Plaintiff in Pro Se

Tel: (818) 430-8606

**VIA ECF**
David M. Liu, Esq.
Severson & Werson
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612

Tel: (949) 442-7110
Direct Line: (949) 225-7201
Fax: (949) 442-7118
Email: dml@severson.com

Attorney for Defendant OLD REPUBLIC TITLE COMPANY

**VIA U.S. MAIL**
Thomas M. Bohl
Bohl, Nixon & Schoneman
2300 Knoll Drive, Suite N
Ventura, CA 93003

Tel: (805) 654-1980
Fax: (805) 645-8106