


ORIGINAL

Thomas M. Bohl
779 Los Pueblos
Camarillo, CA 93012
(805) 320-6694

Defendant **THOMAS M. BOHL, In Propria Persona (erroneously sued as TOM BOHL)**

[LODGED CLERK, U.S. DISTRICT COURT — JUN 1 8 2013 — CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY]

[FILED CLERK, U.S. DISTRICT COURT — JUN 2 4 2013 — CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY TERESI,**<br><br>         Plaintiff,<br><br>  vs.<br><br>**TOM BOHL, RESMAE MORTGAGE CORPORATION, JP MORGAN CHASE, GATEWAY TITLE, MERS, OLD REPUBLIC DEFAULT SERVICES, AND DOES 1-100,**<br><br>         Defendants. | Case No. **2:12-CV-08702-PSG**<br><br>[~~PROPOSED~~] **JUDGMENT OF DISMISSAL AS TO DEFENDANT THOMAS M. BOHL**<br><br>Date: June 3, 2013<br>Time: 1:30 p.m.<br>Dept.: 880 |

The Motion on defendant THOMAS M. BOHL, erroneously sued as TOM BOHL, to Dismiss the First Amended Complaint brought by Plaintiff ANTHONY TERESI was granted in its entirety on May 31, 2013, and the Court did not grant leave to amend.

Therefore, it is **ORDERED, ADJUDGED, AND DECREED:**

1. Judgment is entered in favor or defendant THOMAS M. BOHL, erroneously sued as TOM BOHL, and is dismissed form this instant action with prejudice.

2. THOMAS M. BOHL, erroneously sued as TOM BOHL may file bill of costs.

**IT IS SO ORDERED.**

DATED: __6/24/13__          By: _____
                                  The Honorable Phillip S. Gutierrez
                                  Judge, United States District Court

**PROOF OF SERVICE**
*Teresi v. Bohl, et al.*
USCD 2:12-CV-08072-PSG

STATE OF CALIFORNIA   )
                     )ss.
COUNTY OF VENTURA    )

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is 2300 Knoll Drive, Suite N, Ventura, California 93003.

On June 17, 2013, I served the foregoing document described as: **JUDGMENT OF DISMISSAL AS TO DEFENDANT THOMAS M. BOHL** on interested parties in this action.

[X] by placing true copies thereof enclosed in sealed envelopes as stated on the attached service list.

| | |
|---|---|
| Anthony Teresi<br>1534 North Moorpark Road, #413<br>Thousand Oaks, CA 91360 | **Plaintiff**<br>**In Pro Per** |
| S. Christopher Yoo, Esq.<br>Miranda A. Mossavar, Esq.<br>ALVARADO SMITH<br>1 MacArthur Place, Suite 200<br>Santa Ana, CA 92707 | **Counsel for Defendants**<br>**JP MORGAN CHASE BANK, N.A.**<br>**(erroneously sued as JP MORGAN CHASE: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS** |
| Kristin L. Walker-Probst, Esq.<br>David M. Liu, Esq.<br>SEVERSON & WERSON<br>19100 Von Karman Avenue, Suite 700<br>Irvine, CA 92612 | **Counsel for Defendants**<br>**OLD REPUBLIC DEFAULT MANAGEMENT SERVICES (erroneously sued as OLD REPUBLIC DEFAULT SERVICES)** |

__X__   **BY MAIL:**   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Ventura, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on June 17, 2013, at Ventura, California.

*/s/ E.R. Abdon*
**E.R. Abdon, Declarant**

///
///
///

-1-
**PROOF OF SERVICE**